**Electronically Filed
Supreme Court
SCWC-12-0000642
09-JUL-2015
08:48 AM**

SCWC-12-0000642

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

CRAIG A. GOMEZ,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000642; CASE NO. 1DTC-12-040907)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Defendant-Appellant Craig A. Gomez's

Application for Writ of Certiorari, filed on May 28, 2015, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

scheduled in this case at this time. Any party may, within ten

days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 9, 2015.

James S. Tabe
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2